IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 1:23-cr-125-TBM-RPM

JEREMY JEROME MCLEOD

**ORDER**

This matter came before the Court on the Motion to Suppress [35] as to Jeremy Jerome McLeod on May 6, 2024. At the hearing on the Motion conducted on June 24, 2024, the Court, having considered the pleadings, the record, the witness, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that the Motion to Suppress [35] is DENIED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Suppress [35] as to Jeremy Jerome McLeod is denied.

SO ORDERED AND ADJUDGED, this the 25th day of June, 2024.

                                                                     TAYLOR B. MCNEEL
                                                                     UNITED STATES DISTRICT JUDGE